IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joan Messina,<br><br>  Plaintiff,<br><br>vs.<br><br>Hammerman and Hultgren, P.C.,<br><br>  Defendant. | No. CV 12-01878-PHX-JAT<br><br>**ORDER** |

Pursuant to the stipulation of the parties (Doc. 13),

IT IS ORDERED that this case is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 2nd day of January, 2013.

_____
James A. Teilborg
United States District Judge